

**3**

Allen C. Massey - 172024
Antonia G. Darling - 76190
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for August B. Landis,
Acting United States Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | *Lead Case:* |
| Matterhorn Group, Inc., | Case No. 10-39672-A-11 |
| Debtor. ______/ | *Jointly Administered with:* |
| Vitafreze Frozen Confections, Inc., | Case No. 10-39664-A-11 |
| Debtor. ______/ | |
| Deluxe Ice Cream Company, | Case No. 10-39670-A-11 |
| Debtor. ______/ | |
| ☒ Affects all Debtors<br>☐ Affects only Matterhorn Group, Inc.<br>☐ Affects only Vitafreze Frozen Confections, Inc.<br>☐ Affects only Deluxe Ice Cream Company | D.C. No. UST-1 |

**UNITED STATES TRUSTEE'S APPOINTMENT OF THE UNSECURED CREDITORS' COMMITTEE**

Pursuant to 11 U.S.C. § 1102(a), the Acting United States Trustee, through the undersigned counsel, hereby appoints the following creditors to be members of the official unsecured creditors' committee in the above captioned case:

Oregon Ice Cream Co., LLC
Attn: Tom Gleason / Scott Morgan
13115 NE 4th Street, Suite 220
Vancouver, WA 98684
(360) 713-6800 x2002
tom.gleason@oregonicecream.com

Yarnell's Ice Cream
Attn: Kim Lawrence
21 PR 54166
Pittsburg, TX 75686
(501) 281-3874
klawrence@yarnells.com

Kraft Foods, Inc.
Attn: Sandra Schirmang
Three Lakes Drive - NF 463
Northfield, IL 60093
(847) 646-6719
sschirmang@kraft.com

Garrett & Associates, Inc.
Attn: Carol Kesler
POB 980362
Park City, UT 84098
(435) 649-1401
carol@garrettdairy.com

Berry Plastics Corporation
Attn: Ronda Hale
POB 959
Evansville, IN 47706-0959
(812) 306-2354
rondahale@berryplastics.com

Sweetener Products, Inc.
Attn: James Boltinghouse
POB 58426
Vernon, CA 90058
(323) 238-1544
jim@spvw.com

Applied Process Cooling Corporation (Apcco)
Attn: Paul Saubolle
4812 Enterprise Way
Modesto, CA 95356
(209) 608-1688
psaubolle@apcco.net

Dated: August 12, 2010

/s/ Allen C. Massey
Attorney for August B. Landis,
Acting United States Trustee
al.c.massey@usdoj.gov