UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Matterhorn Group, Inc. | **Case No :** | 10-39672 - A - 11 |
| | | **Date :** | 9/8/10 |
| | | **Time :** | 10:00 |
| **Matter :** | [4] - Motion/Application to Use Cash Collateral [LNB-1] Filed by Debtor In Possession Matterhorn Group, Inc. (stps) | | OPPOSED |
| **Judge :** | Michael S. McManus | | |
| **Courtroom Deputy :** | Sarah Head | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
        Debtor(s) Attorney - Ron Bender
(by phone)   Debtor Representative - Nathan Bell, Andrew De Camara
**Respondent(s) :**
        Creditor's Attorney - Richard Adler, Jamie Dreher

MOTION was :
Findings of fact/conclusions of law stated orally on record

Granted through 10/8/10

ORDER TO BE PREPARED BY :    Movant(s)