UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Matterhorn Group, Inc. | **Case No :** | 10-39672 - A - 11 |
| | | **Date :** | 9/8/10 |
| | | **Time :** | 10:00 |

**Matter :** [165] - Motion/Application to Use Cash Collateral [LNB-11] Filed by Debtor In Possession Matterhorn Group, Inc. (stps)     **OPPOSED**

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney - Ron Bender
(by phone)     Debtor Representative - Nathan Bell, Andrew De Camara
**Respondent(s) :**
    Creditor's Attorney - Richard Adler, Jamie Dreher

MOTION was :
Findings of fact/conclusions of law stated orally on record

Granted through 10/8/10

ORDER TO BE PREPARED BY :     Movant(s)