**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re: Matterhorn Group, Inc.
In re: Vitafreze Frozen Confections, Inc.
In re: Deluxe Ice Cream Company

Case No.

Lead Case No. 10-39672 (MSM)
Jointly Administered with Case Nos. 10-39664 (MSM), and
10-39670 (MSM)

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED:  8/31/2010  (covers Petition Date of 7/26/10 to 8/31/10)        PETITION DATE:        07/26/10

Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here _____ X)
the Cash Basis of Accounting for the Debtors. The Debtors used a Cash Basis to be consistent with the Court-approved cash collateral budgets which were also done on a Cash Basis).
Dollars reported in   $1

| | End of Current Month | End of Prior Month | As of Petition Filing | |
|---|---|---|---|---|
| 1. **Asset and Liability Structure** | | | | |
| a. Current Assets** | $20,733,517 | | | |
| b. Total Assets | $23,793,452 | | $22,739,943 | Assets- Per Schedules provided |
| c. Current Liabilities | $654,836 | | | |
| d. Total Liabilities | $19,675,232 | | $19,082,872 | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 2. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $8,449,124 | | $8,449,124 |
| b. Total Disbursements | $6,001,140 | | $6,001,140 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,447,985 | $0 | $2,447,985 |
| d. Cash Balance Beginning of Month | $0 | | $0 |
| e. Cash Balance End of Month (c + d) | $2,447,985 | $0 | $2,447,985 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. Profit/(Loss) from the Statement of Operations | $539,867 | | |
| 4. Account Receivables (Pre and Post Petition) | $4,356,039 | | |
| 5. Post-Petition Liabilities* | $654,836 | | |
| 6. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No | |
|---|---|---|---|---|
| 7. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | | Payments made to employees and cold storage venders per court order |
| 8. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount and name of payee) | X | | Payment was made pursuant to cash collateral |
| 9.10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | X | | budget into a segregated account.  No payments will be made out of such account until |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | X | | payments from such account are approved by the Court. |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | | |
| 13. | Are a plan and disclosure statement on file? | | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X | |

15. Check if paid: Post-petition taxes   X ;    U.S. Trustee Quarterly Fees: Not due yet;    Check if filing is current for: Post-petition
    tax reporting and tax returns:   X

    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
    reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   9/20/2010 0:00

/s/ Jennifer K. Loving
Chief Financial Officer

** - Does not include any outside professional fees or ordinary course of business expenses such as accrued payroll or other employee related expenses.
*Current Assets is net of a one time inventory write down of $1.2 million for obsolete inventory.

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____ 8/31/2010 _____ (covers Petition Date of 7/26/10 to 8/31/10)

| Actual | Forecast | Variance | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | **Current Month** | | | **Revenues:** | | |
| $8,438,271 | $7,702,504 | $735,767 | 1 | Gross Sales | $8,438,271 | $4,045,466 |
| $0 | | $0 | 2 | less: Sales Returns & Allowances | $0 | |
| $8,438,271 | $7,702,504 | $735,767 | 3 | Net Sales | $8,438,271 | $4,045,466 |
| $5,462,478 * | $3,553,270 | ($1,909,208) | 4 | less: Cost of Goods Sold          (Schedule 'B') | $5,462,478 | $3,484,134 |
| $2,975,793 | $4,149,234 | ($1,173,441) | 5 | Gross Profit | $2,975,793 | $561,332 |
| $0 | | $0 | 6 | Interest | $0 | |
| $0 | | $0 | 7 | Other Income: _____ | $0 | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $2,975,793 | $4,149,234 | ($1,173,441) | 10 | **Total Revenues** | $2,975,793 | $561,332 |
| | | | | **Expenses:** | | |
| $60,432 | $6,000 | ($54,432) | 11 | Compensation to Owner(s)/Officer(s) | $60,432 | $5,000 |
| $1,186,527 | $1,127,940 | ($58,587) | 12 | Salaries | $1,186,527 | $1,136,914 |
| $0 | | $0 | 13 | Commissions | $0 | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| $7,800 | $0 | ($7,800) | 15 | Personal Property | $7,800 | $0 |
| $41,915 | $101,842 | $59,927 | 16 | Real Property | $41,915 | $53,182 |
| $0 | $56,918 | $56,918 | 17 | Insurance | $0 | $51,108 |
| $0 | | $0 | 18 | Management Fees | $0 | |
| $0 | $44,914 | $44,914 | 19 | Depreciation | $0 | $44,914 |
| | | | | Taxes: | | |
| $0 | | $0 | 20 | Employer Payroll Taxes | $0 | |
| $48,078 | $12,000 | ($36,078) | 21 | Real Property Taxes | $0 | $1,333 |
| $0 | | $0 | 22 | Other Taxes | $48,078 | |
| $961 | $162,877 | $161,916 | 23 | Other Selling | $961 | $145,396 |
| $23,309 | $44,579 | $21,270 | 24 | Other Administrative | $23,309 | $0 |
| $72,532 | $72,531 | ($1) | 25 | Interest | $72,532 | $72,531 |
| $117,556 | $157,013 | $39,457 | 26 | Other Expenses:   Utilities | $117,556 | |
| $201,663 | $59,057 | ($142,606) | 27 | Repairs & Maint. | $201,663 | |
| $536,165 | $452,874 | ($83,291) | 28 | Transportation | $536,165 | |
| $146,079 | $300,337 | $154,258 | 29 | Cold Storage | $146,079 | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $2,443,017 | $2,598,882 | $155,865 | 35 | **Total Expenses** | $2,443,017 | $1,510,378 |
| $532,776 | $1,550,352 | ($1,017,576) | 36 | **Subtotal** | $532,776 | ($949,046) |
| | | | | **Reorganization Items:** | | |
| $0 | $50,000 | $50,000 | 37 | Professional Fees | $7,091 | $118,750 |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | $13,000 |
| $7,091 | $15,117 | $8,026 | 42 | Filing Fees/Mailing | | $13,000 |
| $7,091 | $65,117 | ($58,026) | 43 | **Total Reorganization Items** | $7,091 | $144,750 |
| $539,867 | $1,615,469 | ($1,075,602) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $539,867 | ($804,296) |
| | | | 45 | Federal & State Income Taxes | | |
| $539,867 | $1,615,469 | ($1,075,602) | 46 | **Net Profit (Loss)** | $539,867 | ($804,296) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):
Cash Collateral Budget and Actual Cashflow used in calculations.
* Actual amount includes $1.2 million inventory write down.

# BALANCE SHEET
## (General Business Case)
**For the Month Ended** ___8/31/2010___ (covers Petition Date of 7/26/10 to 8/31/10)

**Assets**

| | | From Schedules | Market Value | |
|---|---|---|---|---|
| | **Current Assets** | | | Book Values on All Assets Listed |
| 1 | Cash and cash equivalents - unrestricted | | $2,167,492 | Includes cash on hand less outstanding checks. |
| 2 | Cash and cash equivalents - restricted | | $0 | |
| 3 | Accounts receivable (net) | A | $4,356,039 | |
| 4 | Inventory | B | $5,915,302 | |
| 5 | Prepaid expenses | | $2,172,439 | |
| 6 | Professional retainers | | | |
| 7 | Other: Goodwill/Artwork | | $6,122,246 | |
| 8 | | | | |
| 9 | **Total Current Assets** | | $20,733,517 | |
| | **Property and Equipment (Market Value)** | | | Book Values on All Assets Listed |
| 10 | Real property | C | $0 | |
| 11 | Machinery and equipment | D | $2,782,315 | |
| 12 | Furniture and fixtures | D | $54,249 | |
| 13 | Office equipment | D | $98,893 | |
| 14 | Leasehold improvements | D | $102,698 | |
| 15 | Vehicles | D | $21,779 | |
| 16 | Other: | D | | |
| 17 | | D | | |
| 18 | | D | | |
| 19 | | D | | |
| 20 | | D | | |
| 21 | **Total Property and Equipment** | | $3,059,934 | |
| | **Other Assets** | | | |
| 22 | Loans to shareholders | | | |
| 23 | Loans to affiliates | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | **Total Other Assets** | | $0 | |
| 29 | **Total Assets** | | $23,793,452 | |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities***

| | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | $112,358 | |
| 31 | Payroll taxes | | $2,678 | |
| 32 | Real and personal property taxes | | $34,121 | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | $139 | |
| 35 | Notes payable (short term) | | | |
| 36 | Accounts payable (trade)-exc. professional fees | A | $505,539 | Does not include any outside professional fees or ordinary course of business expenses such as accrued payroll or other employee related expenses. |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | TBD | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: _____ | | | |
| 42 | _____ | | | |
| 43 | _____ | | | |
| 44 | **Total Current Liabilities** | | $654,836 | |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | $654,836 | |

**Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---|
| 47 | Secured claims | F | $11,575,103 | |
| 48 | Priority unsecured claims | F | $0 | |
| 49 | General unsecured claims | F | $7,445,293 | Includes claims asserted as reclamation claims. |
| 50 | **Total Pre-Petition Liabilities** | | $19,020,396 | |
| 51 | **Total Liabilities** | | $19,675,232 | |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | ($26,087,595) | |
| 53 | Capital Stock | $30,205,815 | |
| 54 | Additional paid-in capital | $0 | |
| 55 | Cumulative profit/(loss) since filing of case | | |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | _____ | | |
| 58 | Market value adjustment | | |
| 59 | **Total Equity (Deficit)** | $4,118,220 | |
| 60 | **Total Liabilities and Equity (Deficit)** | $23,793,452 | |

*-Includes only accruals for normal course of business operations plus pre-paid petition invoices/payments for goods/services

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $3,771,722 | $505,539 | |
| 31-60 Days | $219,162 | $0 | |
| 61-90 Days | $395,154 | $0 | |
| 91+ Days | $0 | $0 | $0 |
| Total accounts receivable/payable | $4,386,039 | $505,539 | |
| Allowance for doubtful accounts | $30,000 | | |
| Accounts receivable (net) | $4,356,039 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | 7,826,749 |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | $3,551,031 |
| Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | $3,785,289 | | |
| Work-in-progress | $2,130,013 | Less - | |
| Finished goods | | Inventory End of Month | $5,915,302 |
| | | Shrinkage | $0 |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $5,462,478 |
| TOTAL | $5,915,302 * | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
Yes __X__   No _____

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | |
| Monthly | |
| Quarterly | |
| Semi-annually | |
| Annually | X |
| Date of last cycle count | 8/30/2010 0:00 |
| Date of next cycle count | 9/30/2010 0:00 |

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -

| | |
|---|---|
| FIFO cost | X |
| LIFO cost | |
| Lower of cost or market | |
| Retail method | |
| Other | |
| Explain | |

Current Inventory is net of a one time inventory write down of $1.2 million for obsolete inventory.

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| See Attached | $2,782,315 | $2,782,315 |
| | | |
| | | |
| Total | $2,782,315 | $2,782,315 |
| | | |
| Furniture & Fixtures - | | |
| See Attached | $54,249 | $54,249 |
| | | |
| | | |
| Total | $54,249 | $54,249 |
| | | |
| Office Equipment - | | |
| See Attached | $98,893 | $98,893 |
| | | |
| Total | $98,893 | $98,893 |
| | | |
| Leasehold Improvements - | | |
| See Attached | $102,698 | $102,698 |
| | | |
| | | |
| Total | $102,698 | $102,698 |
| | | |
| Vehicles - | | |
| See Attached | $21,779 | $21,779 |
| | | |
| | | |
| Total | $21,779 | $21,779 |

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total | |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 | |
| FICA - Employee | $0 | $0 | $0 | $0 | $0 | |
| FICA - Employer | $0 | $0 | $0 | $0 | $0 | |
| Unemployment (FUTA) | $0 | $0 | $0 | $0 | $0 | |
| Income | $0 | $0 | $0 | $0 | $0 | |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 | |
| Total Federal Taxes | $0 | $0 | $0 | $0 | $0 | |
| **State and Local** | | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 | |
| Unemployment (UT) | $0 | $0 | $0 | $0 | $0 | |
| Disability Insurance (DI) | $0 | $0 | $0 | $0 | $0 | |
| Empl. Training Tax (ETT) | $0 | $0 | $0 | $0 | $0 | |
| Sales | $0 | $0 | $0 | $0 | $0 | |
| Excise | $0 | $0 | $0 | $0 | $0 | |
| Real property | $1,053 | $0 | $0 | $0 | $1,053 | Relates to invoices received; does not include |
| Personal property | $0 | $0 | $0 | $0 | $0 | accrued amounts that the Debtors will pay in the |
| Income | $0 | $0 | $0 | $0 | $0 | ordinary course |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 | |
| Total State & Local Taxes | $1,053 | $0 | $0 | $0 | $1,053 | |
| Total Taxes | $1,053 | $0 | $0 | $0 | $1,053 | |

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $11,575,103 | $11,575,103 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $0 | $0 |
| General unsecured claims* | $7,445,293 | $7,445,293 |

(a)   List total amount of claims even if under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Wells Fargo | Wells Fargo | Key Bank | Wells Fargo |
| Account Type | DIP-General | DIP-Payroll | General | DIP-General |
| Account No. | 7555361687/7555 | 65551311911/655 | 129681004443 | 6555132015 |
| Account Purpose | Operations | Payroll | Operations | Local |
| Balance, End of Month | $2,236,421 | $200,810 | $10,654 | $100 |
| Total Funds on Hand for all Accounts | $2,447,985 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.
Includes claims asserted as reclamation claims.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

## Increase/(Decrease) in Cash and Cash Equivalents

For the Month Ended   8/31/2010   (covers Petition Date of 7/26/10 to 8/31/10)

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $8,449,124 | $8,449,124 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $8,449,124 | $8,449,124 |
| **Cash Disbursements** | | | |
| 13 | Payments for Inventory | 3,551,031 | 3,551,031 |
| 14 | Selling | 961 | 961 |
| 15 | Administrative | 30,400 | 30,400 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | 72,532 | 72,532 |
| | Rent/Lease: | | |
| 19 | Personal Property | 7,800 | 7,800 |
| 20 | Real Property | 41,915 | 41,915 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | 59,308 | 59,308 |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | 1,124 | 1,124 |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | 1,186,528 | 1,186,528 |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | | |
| 29 | Employer Payroll Taxes | | |
| 30 | Real Property Taxes | 48,078 | 48,078 |
| 31 | Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 | Utilities | 117,556 | 117,556 |
| 34 | Repair and Maintenance | 201,663 | 201,663 |
| 35 | Transportation | 536,165 | 536,165 |
| 36 | Cold Storage | 146,079 | 146,079 |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $6,001,140 | $6,001,140 |
| 39 | **Net Increase (Decrease) in Cash** | $2,447,985 | $2,447,985 |
| 40 | **Cash Balance, Beginning of Period** | $0 | $0 |
| 41 | **Cash Balance, End of Period** | $2,447,985 | $2,447,985 |

Revised 3/15/99

**STATEMENT OF CASH FLOWS**

**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended**  8/31/2010  (covers Petition Date of 7/26/10 to 8/31/10)

| | Actual<br>**Current Month** | Cumulative<br>**(Case to Date)** |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Cash Received from Sales | $8,449,124 | $8,449,124 |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | 3,551,031 | 3,551,031 |
| Cash Paid for Selling Expenses | 961 | 961 |
| Cash Paid for Administrative Expenses | 23,309 | 23,309 |
| Cash Paid for Rents/Leases: | | |
| Personal Property | 7,800 | 7,800 |
| Real Property | 41,915 | 41,915 |
| Cash Paid for Interest | 72,532 | 72,532 |
| Cash Paid for Net Payroll and Benefits | 1,186,528 | 1,186,528 |
| Cash Paid to Owner(s)/Officer(s) | | |
| Salaries | 59,308 | 59,308 |
| Draws | | |
| Commissions/Royalties | | |
| Expense Reimbursements | 1,124 | 1,124 |
| Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| Employer Payroll Tax | | |
| Employee Withholdings | | |
| Real Property Taxes | | |
| Other Taxes | 48,078 | 48,078 |
| Cash Paid for General Expenses | | |
| Utilities | 117,556 | 117,556 |
| Repair and Maintenance | 201,663 | 201,663 |
| Transportation | 536,165 | 536,165 |
| Cold Storage | 146,079 | 146,079 |
| | | |
| | | |
| **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $2,455,076 | $2,455,076 |
| **Cash Flows From Reorganization Items** | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| U.S. Trustee Quarterly Fees | | |
| | $7,091 | $7,091 |
| **Net Cash Provided (Used) by Reorganization Items** | ($7,091) | ($7,091) |
| **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $2,447,985 | $2,447,985 |
| **Cash Flows From Investing Activities** | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| | | |
| **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| | | |
| **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | $2,447,985 | $2,447,985 |
| **Cash and Cash Equivalents at Beginning of Month** | $0 | $0 |
| **Cash and Cash Equivalents at End of Month** | $2,447,985 | $2,447,985 |

**Monthly Operating Report-**
**Summary- Payments Made**

8. Payments made on Pre-petition Debt
   **Cold Storage Cure Payments**

| Check # | Check Date | Vendor | | Amount | Date Cleared | Category |
|---|---|---|---|---|---|---|
| 007518 | 8/12/10 | 3 Rivers | $ | 13.75 | 8/20/2010 | Warehouse Lease Cure |
| 316017 | 8/12/10 | Americold Logistics LLC | $ | 27,202.26 | 8/16/2010 | Warehouse Lease Cure |
| 021523 | 8/12/10 | Hanson Logistics | $ | 1,072.92 | 8/16/2010 | Warehouse Lease Cure |
| 007519 | 8/12/10 | SnoTemp Cold Storage | $ | 2,531.65 | 8/17/2010 | Warehouse Lease Cure |
| 021524 | 8/12/10 | US Cold Storage, Inc. | $ | 60,555.92 | 8/18/2010 | Warehouse Lease Cure |

**Payroll Totals - post petition**

| Location | Date Paid | Period Ending | | Amount | | Taxes | | Total |
|---|---|---|---|---|---|---|---|---|
| DLX | 8/6/10 | 7/31/2010 | $ | 116,208.57 | $ | 43,144.20 | $ | 159,352.77 |
| MGI | 8/5/10 | 7/31/2010 | $ | 49,821.88 | $ | 22,564.30 | $ | 72,386.18 |
| SAC | 8/4/10 | 7/31/2010 | $ | 85,059.87 | $ | 35,188.88 | $ | 120,248.75 |

9. Payments made to Insiders, Shareholders & Officers

| Check # | Check Date | Vendor | | Amount | Date Cleared | Category |
|---|---|---|---|---|---|---|
| 007513 | 8/12/10 | Jennifer Loving | $ | 534.42 | 8/16/2010 | Travel |
| Wire | 8/2/10 | Jennifer Loving | $ | 148.35 | 8/2/2010 | Travel |
| Wire | 8/3/10 | Jennifer Loving | $ | 441.25 | 8/3/2010 | Travel |
| 007555 | 8/27/10 | Nathan Bell | $ | 5,619.44 | 9/13/2010 | Travel |
| 007565 | 8/31/10 | JOHN D. WHETTEN | $ | 750.00 | 9/7/2010 | Board Fees & Expenses |
| 007564 | 8/31/10 | JOHN JEX | $ | 1,000.00 | 9/8/2010 | Board Fees & Expenses |
| 007567 | 8/31/10 | Mike Newell | $ | 750.00 | 9/9/2010 | Board Fees & Expenses |
| ACH | 8/5/2010 | Jen Loving | $ | 5,576.92 | 8/5/2010 | Regular Payroll |
| ACH | 8/19/2010 | Jen Loving | $ | 5,576.92 | 8/14/2010 | Regular Payroll |
| ACH | 9/2/2010 | Jen Loving | $ | 5,576.92 | 8/28/2010 | Regular Payroll |
| ACH | 8/5/2010 | Nathan Bell | $ | 13,846.16 | 7/31/2010 | Regular Payroll |
| ACH | 8/19/2010 | Nathan Bell | $ | 13,846.16 | 8/14/2010 | Regular Payroll |
| ACH | 9/2/2010 | Nathan Bell | $ | 13,846.16 | 8/28/2010 | Regular Payroll |
| ACH | 8/5/2010 | Vern Christensen | $ | 346.15 | 7/31/2010 | Regular Payroll |
| ACH | 8/19/2010 | Vern Christensen | $ | 346.15 | 8/14/2010 | Regular Payroll |
| ACH | 9/2/2010 | Vern Christensen | $ | 346.15 | 8/28/2010 | Regular Payroll |

## 8. Payments made on Pre-petition Debt

### Cold Storage Cure Payments

| Check # | Check Date | Vendor | Amount | | Date Cleared | Category |
|---|---|---|---|---|---|---|
| 007518 | 8/12/10 | 3 Rivers | $ | 13.75 | 8/20/2010 | Warehouse Lease Cure |
| 316017 | 8/12/10 | Americold Logistics LLC | $ | 27,202.26 | 8/16/2010 | Warehouse Lease Cure |
| 021523 | 8/12/10 | Hanson Logistics | $ | 1,072.92 | 8/16/2010 | Warehouse Lease Cure |
| 007519 | 8/12/10 | SnoTemp Cold Storage | $ | 2,531.65 | 8/17/2010 | Warehouse Lease Cure |
| 021524 | 8/12/10 | US Cold Storage, Inc. | $ | 60,555.92 | 8/18/2010 | Warehouse Lease Cure |

### Payroll Totals - post petition

| Location | Date Paid | Period Ending | Amount | Taxes | Total |
|---|---|---|---|---|---|
| DLX | 8/6/10 | 7/31/2010 | $ 116,208.57 | $ 43,144.20 | $ 159,352.77 |
| MGI | 8/5/10 | 7/31/2010 | $ 49,821.88 | $ 22,564.30 | $ 72,386.18 |
| SAC | 8/4/10 | 7/31/2010 | $ 85,059.87 | $ 35,188.88 | $ 120,248.75 |

## 9. Payments made to Insiders, Shareholders & Officers

| Check # | Check Date | Vendor | Amount | | Date Cleared | Category |
|---|---|---|---|---|---|---|
| 007513 | 8/12/10 | Jennifer Loving | $ | 534.42 | 8/16/2010 | Travel |
| Wire | 8/2/10 | Jennifer Loving | $ | 148.35 | 8/2/2010 | Travel |
| Wire | 8/3/10 | Jennifer Loving | $ | 441.25 | 8/3/2010 | Travel |
| 007555 | 8/27/10 | Nathan Bell | $ | 5,619.44 | 9/13/2010 | Travel |
| 007565 | 8/31/10 | JOHN D. WHETTEN | $ | 750.00 | 9/7/2010 | Board Fees & Expenses |
| 007564 | 8/31/10 | JOHN JEX | $ | 750.00 | 9/8/2010 | Board Fees & Expenses |
| 007567 | 8/31/10 | Mike Newell | $ | 1,000.00 | 9/9/2010 | Board Fees & Expenses |
| ACH | 8/5/2010 | Jen Loving | $ | 750.00 | 8/5/2010 | Regular Payroll |
| ACH | 8/19/2010 | Jen Loving | $ | 5,576.92 | 8/14/2010 | Regular Payroll |
| ACH | 9/2/2010 | Jen Loving | $ | 5,576.92 | 8/28/2010 | Regular Payroll |
| ACH | 8/5/2010 | Nathan Bell | $ | 5,576.92 | 7/31/2010 | Regular Payroll |
| ACH | 8/19/2010 | Nathan Bell | $ | 13,846.16 | 8/14/2010 | Regular Payroll |
| ACH | 9/2/2010 | Nathan Bell | $ | 13,846.16 | 8/28/2010 | Regular Payroll |
| ACH | 8/5/2010 | Vern Christensen | $ | 13,846.16 | 7/31/2010 | Regular Payroll |
| ACH | 8/19/2010 | Vern Christensen | $ | 346.15 | 8/14/2010 | Regular Payroll |
| ACH | 8/5/2010 | Vern Christensen | $ | 346.15 | 8/28/2010 | Regular Payroll |
| ACH | 9/2/2010 | Vern Christensen | $ | 346.15 | | Regular Payroll |

| Actual | Forecast | Variance | | # | | Explanation |
|---|---|---|---|---|---|---|
| | | | | | **Revenues:** | |
| $8,438,271 | $7,702,504 | $735,767 | 9.55% | 1 | Gross Sales | |
| $0 | $0 | $0 | | 2 | less: Sales Returns & Allowances | |
| $8,438,271 | $7,702,504 | $735,767 | 9.55% | 3 | Net Sales | |
| $5,462,478 * | $3,553,270 | $1,909,208 | 53.73% | 4 | less: Cost of Goods Sold | Includes one time inventory writedown of 1.2 mil. Market cost of raw materials increased |
| $2,975,793 | $4,149,234 | ($1,173,441) | -28.28% | 5 | Gross Profit (Schedule 'B') | |
| | | | | 6 | Interest | |
| | | | | 7 | Other Income: | |
| $0 | $0 | $0 | | 8 | | |
| $0 | $0 | $0 | | 9 | | |
| $2,975,793 | $4,149,234 | ($1,173,441) | -28.28% | 10 | Total Revenues | |
| | | | | | **Expenses:** | |
| $60,432 | $6,000 | $54,432 | 907.20% | 11 | Compensation to Owner(s)/Officer(s) | Salaries for Owners and Officers was forecasted in the Salary expense not in Compensation to Owners/Officers |
| $1,186,527 | $1,127,940 | $58,587 | 5.19% | 12 | Salaries | |
| $0 | $0 | $0 | | 13 | Commissions | |
| $0 | $0 | $0 | | 14 | Contract Labor | |
| $7,800 | $0 | $7,800 | | 15 | Rent/Lease: | Timing |
| $41,915 | $101,842 | ($59,927) | -58.84% | 16 | Real Property | Timing: forecast based on annual average per month. |
| $0 | $56,918 | ($56,918) | -100.00% | 17 | Insurance | |
| $0 | $0 | $0 | | 18 | Management Fees | |
| $0 | $44,914 | ($44,914) | -100.00% | 19 | Depreciation | Actual based on cash, not accrual method |
| | | | | 20 | Taxes: | |
| $48,078 | $12,000 | $36,078 | 300.65% | 21 | Real Property Taxes | Forecast was based on annual average per month of property tax expense. |
| $0 | $0 | $0 | | 22 | Other Taxes | |
| $961 | $162,877 | ($161,916) | -99.41% | 23 | Other Selling | Timing: August payouts are related to prepetition and not paid |
| $23,309 | $44,579 | ($21,270) | | 24 | Other Administrative | |
| $72,532 | $72,531 | $1 | 0.00% | 25 | Interest | |
| $117,556 | $157,013 | ($39,457) | -25.13% | 26 | Other Expenses: Utilities | Variance to prior year- Forecast is average per month from prior year |
| $201,663 | $59,057 | $142,606 | 241.47% | 27 | Repairs & Maint. | Actual Based on Cash, not accrual, 166k was capitalized at end of month |
| $536,165 | $452,874 | $83,291 | 18.39% | 28 | Transportation | Timing: forecasted freight was based on internal sales forecast. Actual Sales came in lower |
| $146,079 | $300,337 | ($154,258) | -51.36% | 29 | Cold Storage | Timing: see list of payments to cold storages |
| | | | | 30 | | |
| | | | | 31 | | |
| | | | | 32 | | |
| | | | | 33 | | |
| | | | | 34 | | |
| $2,443,017 ** | $2,598,882 | ($155,865) | -6.00% | 35 | Total Expenses | |
| $532,776 | $1,550,352 | ($1,017,576) | -65.64% | 36 | Subtotal | |
| $0 | $50,000 | ($50,000) | -100.00% | 37 | Reorganization Items: | Counsel retainer not paid in this period. Paid in September |
| | | | | 38 | Provisions for Rejected Executory Contracts | |
| | | | | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | |
| | | | | 40 | Gain or (Loss) from Sale of Equipment | |
| | | | | 41 | U.S. Trustee Quarterly Fees | |
| $7,091 | $15,117 | ($8,026) | -53.09% | 42 | Filing Fees/Mailing | |
| $7,091 | $65,117 | ($58,026) | -89.11% | 43 | Total Reorganization Items | |
| $539,867 | $1,615,469 | ($1,075,602) | -66.58% | 44 | Net Profit (Loss) Before Federal & State Taxes | Actual expenses less than projected |
| | | | | 45 | Federal & State Income Taxes | |
| $539,867 | $1,615,469 | ($1,075,602) | -66.58% | 46 | Net Profit (Loss) | |

Fixed Assets- 8/31/10

| Acquisition Date | Location | Description | Current Value |
|---|---|---|---|
| 8/1/1986 | MGI | TELEPHONE SYSTEM | $ 43,132.00 |
| 11/1/1986 | MGI | MAS 90 UPGRADE TO 4.4 | $ 24,694.00 |
| 12/1/1986 | MGI | Server for MAS | $ 16,256.00 |
| 2/1/1987 | MGI | Vegas Office Furniture | $ 15,525.00 |
| 5/1/1987 | MGI | MAS 90 | $ 11,232.19 |
| 5/1/1987 | MGI | EDI/ebridge Setup | $ 6,608.00 |
| 5/1/1987 | MGI | ADP Report Writer | $ 5,488.00 |
| 5/1/1987 | MGI | Servers at MGI | $ 5,312.50 |
| 7/1/1987 | MGI | MAS90 Upgrade | $ 2,752.70 |
| 9/1/1987 | MGI | Office Furniture | $ 2,363.57 |
| 9/1/1987 | MGI | Computer | $ 2,079.00 |
| 1/1/1988 | MGI | MARKETING LAPTOP | $ 1,070.00 |
| 1/1/1988 | MGI | AP DELL COMPUTER | $ 951.00 |
| 1/1/1988 | MGI | Refrigerator | $ 911.50 |
| 7/1/1988 | MGI | EDI - SPS/DIS ebridge | $ 861.00 |
| 11/1/1988 | MGI | MAS90 Work Order Module | $ 680.00 |
| 1/1/1989 | MGI | Office cubicles (from MIC 8/31/07) | $ 331.00 |
| 2/1/1989 | MGI | 3 LCD Computer Monitors (from MIC 8/31/07) | $ 291.00 |
| 2/1/1989 | MGI | Down Payment on Dell Term Server (from MIC 8/31/07 | $ 206.00 |
| 3/1/1989 | MGI | Computer (from MIC 8/31/07) | $ 123.50 |
| 1/1/1991 | MGI | Rebuild Parts | $ (600.00) |
| 5/1/1989 | MGI | 2 Printers (from MIC 8/31/07) | $ - |
| 8/1/1989 | MGI | Network Upgrade (from MIC 8/31/07) | $ - |
| 2/1/1990 | MGI | Upgrade server (from MIC 8/31/07) | $ - |
| 2/1/1990 | MGI | Ebridge Application for Mas90 (from MIC 8/31/07) | $ - |
| 2/1/1990 | MGI | MAS90 5 User License (from MIC 8/31/07) | $ - |
| 3/1/1990 | MGI | Ebridge EDI Software (from MIC 8/31/07) | $ - |
| 4/1/1990 | MGI | Phone System | $ - |
| 11/1/1990 | MGI | Laptop | $ - |
| 11/1/1990 | MGI | Software | $ - |
| 12/1/1990 | MGI | Local Server | $ - |
| 12/1/1990 | MGI | Laptop | $ - |
| 7/1/1997 | Sacto | New Server/Laptop | $ 1,779.85 |
| 5/1/1998 | Sacto | COMPUTERS | $ 1,532.00 |
| 11/1/1999 | Sacto | COMPUTER- MATTERHORN | $ 182.73 |
| 3/1/1995 | Sacto | Battery for Forklift | $ 5,735.50 |
| 3/1/1995 | Sacto | PALLET JACKS | $ 5,463.50 |
| | Sacto | Rebuild- Ammonia System | $ 338,499.28 |
| 2/1/1991 | Sacto | Chiller | $ 253,059.50 |

| Date | Location | Description | Amount |
|---|---|---|---|
| | Sacto | Freon System | $ 180,285.27 |
| 5/1/1991 | Sacto | PROCESSING TANKS & PIPES | $ 127,747.87 |
| 6/1/1991 | Sacto | FLOWPAC CARTONER | $ 109,256.85 |
| 1/1/1992 | Sacto | Jr. Molds 1/75 oz & Mold Table for Rollo 27 Bar Machine | $ 105,327.20 |
| 1/1/1992 | Sacto | CONE EQUIPMENT INSTALL | $ 102,614.21 |
| 2/1/1992 | Sacto | CONE TUNNEL | $ 97,621.98 |
| 2/1/1992 | Sacto | FREEZERS | $ 94,601.24 |
| 3/1/1992 | Sacto | CASE LOADER | $ 88,303.50 |
| 3/1/1992 | Sacto | ANDERSON 8 WIDE WRAPPER | $ 73,464.88 |
| 3/1/1992 | Sacto | Ammonia System General Rebuilds | $ 65,950.00 |
| 4/1/1992 | Sacto | ESKIMO PIE PROJECT | $ 61,567.74 |
| 4/1/1992 | Sacto | PH BALANCING TANK | $ 56,008.18 |
| 4/1/1992 | Sacto | PROCESSING TANKS & PIPES | $ 53,224.53 |
| 5/1/1992 | Sacto | 20 wide gram machine, ice bar molds | $ 40,808.00 |
| 5/1/1992 | Sacto | COMPRESSORS | $ 38,833.43 |
| 6/1/1992 | Sacto | REFRIGERATION | $ 33,859.72 |
| 8/1/1992 | Sacto | Rebuild Amonia System | $ 32,951.20 |
| 9/1/1992 | Sacto | CIP SYSTEMS | $ 32,479.86 |
| 10/1/1992 | Sacto | Sealer | $ 30,731.50 |
| 10/1/1992 | Sacto | Ammonia Compressor Rebuild | $ 28,773.00 |
| 11/1/1992 | Sacto | HOYER FREEZER | $ 27,171.38 |
| 12/1/1992 | Sacto | Brine chiller Insulation | $ 25,620.00 |
| 12/1/1992 | Sacto | 3000 IC MIX SILO | $ 22,307.17 |
| 1/1/1993 | Sacto | MOLD TABLE ROLLO 27 | $ 21,627.41 |
| 1/1/1993 | Sacto | Bagger Kwik Lok | $ 20,889.50 |
| 3/1/1993 | Sacto | Vitaline Brine System | $ 20,571.00 |
| 3/1/1993 | Sacto | Ammonia Compressor | $ 16,811.50 |
| 3/1/1993 | Sacto | Compressor Rebuild | $ 16,525.50 |
| | Sacto | Office AC Unit | $ 13,595.00 |
| 6/1/1993 | Sacto | MOLD TABLE - ROLLO 27 | $ 11,950.00 |
| 6/1/1993 | Sacto | CODE DATER | $ 11,686.74 |
| 8/1/1993 | Sacto | Metal Detectors | $ 11,408.00 |
| 11/1/1993 | Sacto | Shrink Wrap Tunner | $ 9,828.28 |
| 1/1/1994 | Sacto | General Rebuilds - Rebuild Hoyer Rollo 27 Machine | $ 9,791.00 |
| 2/1/1994 | Sacto | Freezer Door Replacement | $ 9,564.00 |
| 2/1/1994 | Sacto | Wrapper | $ 9,539.50 |
| 3/1/1994 | Sacto | METAL DETECTOR | $ 9,342.55 |
| 4/1/1994 | Sacto | MP2 Computerized Maintenance System | $ 8,807.00 |
| 4/1/1994 | Sacto | Manifold | $ 8,699.00 |
| 4/1/1994 | Sacto | TRASH COMPACTOR | $ 8,613.70 |
| 4/1/1994 | Sacto | Pallet Cross Beams | $ 8,163.00 |
| 5/1/1994 | Sacto | Rebuild of Fuji wrappers | $ 7,006.50 |
| 12/1/1994 | Sacto | Label Machine | $ 6,864.00 |

| Date | Location | Description | | Amount |
|------|----------|-------------|---|--------|
| 1/1/1995 | Sacto | DMQ Pasteurizer (from MIC 8/31/07) | $ | 6,499.50 |
| 3/1/1995 | Sacto | CHERRY BURRELL TANK | $ | 6,440.04 |
| 3/1/1995 | Sacto | Metal Detector | $ | 6,044.50 |
| 4/1/1995 | Sacto | Stationary Scales | $ | 5,156.00 |
| 5/1/1995 | Sacto | HOT WATER SYSTEM | $ | 4,304.91 |
| 5/1/1995 | Sacto | Conveyer (from MIC 8/31/07) | $ | 4,101.00 |
| 5/1/1995 | Sacto | COMPRESSOR | $ | 3,195.50 |
| 5/1/1995 | Sacto | BULK TANKS | $ | 3,013.04 |
| 8/1/1995 | Sacto | Vaccum Pump | $ | 2,965.50 |
| 8/1/1995 | Sacto | Lab Sink | $ | 2,560.90 |
| 9/1/1995 | Sacto | STAINLESS STELL MOLDS | $ | 2,542.46 |
| 9/1/1995 | Sacto | Ammonia Refrig Engineering | $ | 2,500.00 |
| 10/1/1995 | Sacto | DRYER | $ | 2,450.70 |
| 1/1/1996 | Sacto | Box Taper (from MIC 8/31/07) | $ | 2,388.50 |
| 1/1/1996 | Sacto | Pace Comm Phone System | $ | 2,388.50 |
| 7/1/1996 | Sacto | Rollo Sealer Jaw Spares | $ | 2,287.50 |
| 8/1/1996 | Sacto | Beater Bar for 3D92 | $ | 1,900.00 |
| 12/1/1996 | Sacto | Harris Davis Auction Items | $ | 1,856.00 |
| 12/1/1996 | Sacto | EMBOSS CODER | $ | 1,783.59 |
| 8/1/1997 | Sacto | Sanitary Static Mixer | $ | 1,733.50 |
| 9/1/1997 | Sacto | BIOCHEMISTRY ANALYZER | $ | 1,721.20 |
| 2/1/1998 | Sacto | Hoyer Keyboard | $ | 1,655.50 |
| 6/1/1998 | Sacto | PALLET RACKING | $ | 978.89 |
| 10/1/1998 | Sacto | Ammonia rerig eng drawings | $ | 962.50 |
| 9/1/1999 | Sacto | Ammonia Engineering | $ | 892.50 |
| 9/1/1999 | Sacto | Computer sofware | $ | 771.50 |
| 10/1/1999 | Sacto | Lab Supplies | $ | 484.00 |
| 11/1/1999 | Sacto | Boiler Pump (from MIC 8/31/07) | $ | 119.50 |
| 11/1/1999 | Sacto | CISCO PIX FIREWALL | $ | 58.66 |
| 11/1/1999 | Sacto | SCALE | $ | 46.27 |
| 11/1/1999 | Sacto | AMMONIA ROTARY COMPRESSOR | $ | - |
| 11/1/1999 | Sacto | VOGT FREEZER | $ | - |
| 11/1/1999 | Sacto | FREEZER PIPE WORK | $ | - |
| 11/15/1999 | Sacto | FREEZER ELECTRICAL WORK | $ | - |
| 1/1/2000 | Sacto | BLADES FOR FREEZER | $ | - |
| 2/1/2000 | Sacto | BRINE CHILLING SYSTEM | $ | - |
| 2/1/2000 | Sacto | GLVER - MODEL H20 | $ | - |
| 6/1/2000 | Sacto | WRAPPER | $ | - |
| 7/1/2000 | Sacto | FORKLIFT- PRIME MOVER | $ | - |
| 7/1/2000 | Sacto | BATTERY FOR FORKLIFT | $ | - |
| 7/1/2000 | Sacto | BATTERY CHARGER | $ | - |
| 7/1/2000 | Sacto | ICE CREAM CONVEYOR | $ | - |
| 7/1/2000 | Sacto | BOND-O-MATIC | $ | - |

| Date | Location | Item | | |
|---|---|---|---|---|
| 7/1/2000 | Sacto | FUJI FOREMOST WRAPPER | $ | - |
| 7/1/2000 | Sacto | OIL SEPARATERS | $ | - |
| 7/1/2000 | Sacto | MOLD STRIPS | $ | - |
| 7/1/2000 | Sacto | AMMONIA COMPRESSOR | $ | - |
| 8/1/2000 | Sacto | SPEED CONTROL COMPRESSOR | $ | - |
| 8/1/2000 | Sacto | 150 GALLON MIX TANK | $ | - |
| 9/1/2000 | Sacto | VALVES FOR MIX TANK | $ | - |
| 10/1/2000 | Sacto | AMMONIA RECEIVER | $ | - |
| 11/1/2000 | Sacto | KRACK REFRIDGERATION COILS | $ | - |
| 12/1/2000 | Sacto | FMC MOLDS | $ | - |
| 12/1/2000 | Sacto | CONDENSOR AND COILS | $ | - |
| 12/12/2000 | Sacto | COMPRESSOR & ATTACHMENTS | $ | - |
| 1/1/2001 | Sacto | BAG MACHINE | $ | - |
| 1/25/2001 | Sacto | CABINET #2042 | $ | - |
| 1/26/2001 | Sacto | FULLER COMPRESSOR | $ | - |
| 2/23/2001 | Sacto | FREIGHT FULLER COMPRESSOR | $ | - |
| 3/1/2001 | Sacto | POS. ROTARY PUMP | $ | - |
| 3/1/2001 | Sacto | 3.5 TON HEAT PUMP | $ | - |
| 4/1/2001 | Sacto | 15 TON HEAT PUMP | $ | - |
| 4/1/2001 | Sacto | EVAP. CONDENSER | $ | - |
| 4/1/2001 | Sacto | HOPPERS CARTON MACHINE | $ | - |
| 4/1/2001 | Sacto | TWIN MOLDS | $ | - |
| 4/1/2001 | Sacto | STICK INSERTER-GROUP II | $ | - |
| 5/1/2001 | Sacto | ELECTRON 7 SCALE | $ | - |
| 6/1/2001 | Sacto | ELECTRIC PALLET TRUCK | $ | - |
| 6/1/2001 | Sacto | STICK INSERTER | $ | - |
| 7/1/2001 | Sacto | 2-1/2 02. MOLDS | $ | - |
| 8/1/2001 | Sacto | 1800 AMP C AND D CHARGER | $ | - |
| 8/1/2001 | Sacto | 3 OZ MOLDS | $ | - |
| 9/1/2001 | Sacto | AIR DRYER | $ | - |
| 9/1/2001 | Sacto | 2 - 1/2 OZ MOLDS | $ | - |
| 10/21/2001 | Sacto | ELECTRIC PALLET TRUCK | $ | - |
| 11/1/2001 | Sacto | 3-1/2 OZ MOLDS | $ | - |
| 11/1/2001 | Sacto | 2-1/2 OZ FLAT MOLDS | $ | - |
| 1/23/2002 | Sacto | GLUING GUNS | $ | - |
| 3/1/2002 | Sacto | AIR COMPRESSOR | $ | - |
| 3/1/2002 | Sacto | BRINE LINES PROJECT | $ | - |
| 3/1/2002 | Sacto | NH3 LIQUID PUMP | $ | - |
| 3/15/2002 | Sacto | ICE CREAM SLICE MACHINE | $ | - |
| 4/1/2002 | Sacto | UPDATE VITALINE #2 | $ | - |
| 5/2/2002 | Sacto | STAINLESS STEEL COVER FOR | $ | - |
| 5/2/2002 | Sacto | 3-1/2 OZ MOLDS | $ | - |
| 5/6/2002 | Sacto | ANDERSON WRAPPER REBUILD | $ | - |

| Date | Location | Description | Amount | |
|---|---|---|---|---|
| 5/22/2002 | Sacto | BRINE CHILLER - SUPPORT | $ | - |
| 6/6/2002 | Sacto | OVERHAUL AMMONIA | $ | - |
| 6/24/2002 | Sacto | 2-1/2 OZFLUTED | $ | - |
| 7/1/2002 | Sacto | HEAT EXHANGER FOR #4 | $ | - |
| 8/1/2002 | Sacto | YORK 8 CYLINDER | $ | - |
| 8/1/2002 | Sacto | IBM PS2 MOD 30 PC | $ | - |
| 8/16/2002 | Sacto | OIL SEPARATOR | $ | - |
| 8/26/2002 | Sacto | EXTRACTOR BAR FOR VITA#1 | $ | - |
| 8/31/2002 | Sacto | LATERAL THREE DRAWER FILE | $ | - |
| 9/1/2002 | Sacto | OIL SEPARATORS | $ | - |
| 9/16/2002 | Sacto | VITALINE EXTRACTOR BARS | $ | - |
| 9/30/2002 | Sacto | MOTORIZE PALLET JACK | $ | - |
| 11/1/2002 | Sacto | 2 DRAWER FILE CABINET | $ | - |
| 12/9/2002 | Sacto | BENCH SCALE | $ | - |
| 12/12/2002 | Sacto | CPS PRINTER | $ | - |
| 1/1/2003 | Sacto | CPS PRINTER | $ | - |
| 1/1/2003 | Sacto | FREEZER CONVEYORS-NVLTY | $ | - |
| 1/3/2003 | Sacto | YALE ELECT. PALLET JACK | $ | - |
| 1/3/2003 | Sacto | HYDRAULIC DUMPSTER | $ | - |
| 1/7/2003 | Sacto | GUN/TANK PROJECT | $ | - |
| 1/28/2003 | Sacto | 486 COMPUTER | $ | - |
| 1/28/2003 | Sacto | KWIK LOK | $ | - |
| 2/17/2003 | Sacto | FOOT BATH | $ | - |
| 3/1/2003 | Sacto | GRACO S/S PUMP | $ | - |
| 4/1/2003 | Sacto | INK JET PRINTER | $ | - |
| 4/1/2003 | Sacto | UPDATES ON THE VITALINES | $ | - |
| 4/6/2003 | Sacto | YALE ELECT PALLET TRUCK | $ | - |
| 5/1/2003 | Sacto | TUB & POPSICLE CARTS | $ | - |
| 6/30/2003 | Sacto | VITALINE 1&2 MODIFICATION | $ | - |
| 7/1/2003 | Sacto | HOPPER | $ | - |
| 7/1/2003 | Sacto | ROCKER POP MOLDS | $ | - |
| 8/1/2003 | Sacto | COOLING TOWER | $ | - |
| 10/30/2003 | Sacto | ROLLER CONVEYOR | $ | - |
| 10/31/2003 | Sacto | 1500 GALLON PLASTIC TANK | $ | - |
| 1/1/2004 | Sacto | HARDENING ROOM- RERACK | $ | - |
| 2/1/2004 | Sacto | METAL DETECTOR | $ | - |
| 2/1/2004 | Sacto | HYSTER - N40 FR | $ | - |
| 4/1/2004 | Sacto | WAUKESHA PURITI CENT PUMP | $ | - |
| 4/1/2004 | Sacto | PLASMA CUTTER | $ | - |
| 5/1/2004 | Sacto | BLACKMER PUMP BODY | $ | - |
| 5/9/2004 | Sacto | KIWANI BOILER | $ | - |
| 6/1/2004 | Sacto | 24 LB SCALE | $ | - |
| 6/1/2004 | Sacto | PRESTO LIFT FORKLIFT | $ | - |

| Date | Location | Description | | Amount |
|---|---|---|---|---|
| 6/1/2004 | Sacto | POLYCAL 4000 GL PLAS TANK | $ | - |
| 6/30/2004 | Sacto | SEWER SAMPLER | $ | - |
| 10/1/2004 | Sacto | COP TANK | $ | - |
| 10/1/2004 | Sacto | JORDAN STEAM REGULATOR | $ | - |
| 1/1/2005 | Sacto | 3M TAPE MACHINE | $ | - |
| 1/1/2005 | Sacto | HP FAX MACHINE | $ | - |
| 1/1/2005 | Sacto | HOYER ROLLO - 27 | $ | - |
| 1/1/2005 | Sacto | HOYER 3 BARREL FREEZER | $ | - |
| 1/1/2005 | Sacto | 24# SCALE | $ | - |
| 1/1/2005 | Sacto | MICROJET INK PRINTER | $ | - |
| 1/1/2005 | Sacto | PAYROLL/HUMAN RESOURCE PC | $ | - |
| 1/1/2005 | Sacto | CONTURN LAP TOP COMPUTER | $ | - |
| 1/1/2005 | Sacto | MODEM 19.2 | $ | - |
| 1/1/2005 | Sacto | IBM WORKSTATION | $ | - |
| 1/1/2005 | Sacto | COPIER-XEROX | $ | - |
| 1/1/2005 | Sacto | HOYER FOLO-ADD. COSTS | $ | - |
| 1/1/2005 | Sacto | ULTRA TAPER W/CODER | $ | - |
| 1/1/2005 | Sacto | YALE MTRZD PALLET JACK | $ | - |
| 1/1/2005 | Sacto | 18" FLOOR POLISHER | $ | - |
| 1/1/2005 | Sacto | "SLOW DOWN" KIT | $ | - |
| 1/1/2005 | Sacto | PACKARD BELL / PC | $ | - |
| 1/1/2005 | Sacto | BAG CHUTE | $ | - |
| 1/1/2005 | Sacto | VOICE MAIL SYSTEM | $ | - |
| 1/1/2005 | Sacto | BIOTRADE MACHINE | $ | - |
| 1/1/2005 | Sacto | ATLASCOPCO AIR COMPRESSOR | $ | - |
| 1/1/2005 | Sacto | COMPUTER | $ | - |
| 1/1/2005 | Sacto | Wulftec Pallet Wrapper (From MIC on 8/31/07) | $ | - |
| 1/28/2005 | Sacto | Metal Detector (From MIC on 8/31/07) | $ | - |
| 2/28/2005 | Sacto | #44 2000 FORD TAURUS | $ | - |
| 3/1/2005 | Sacto | Boiler Pump (from MIC 8/31/07) | $ | - |
| 3/1/2005 | Sacto | Bench Scale (from MIC 8/31/07) | $ | - |
| 8/1/2009 | Salem | 000074 - Dell Inspiron 8600 Laptop Computer | $ | 84.50 |
| 2/1/2009 | Salem | 000080-81-82 Office Workcenters (3) | $ | 572.00 |
| 10/1/2008 | Salem | Planning Lap Top | $ | 1,073.00 |
| 10/1/2008 | Salem | 00056 - Logix Controller | $ | 1,066.50 |
| 10/31/2008 | Salem | Admin Computer | $ | 986.00 |
| 12/31/2008 | Salem | Lap Top ( Plant Manager ) | $ | 828.00 |
| 7/30/2008 | Salem | Server Bridge - Wells Fargo | $ | 1,292.66 |
| 5/1/2008 | Salem | 2 Dell Computers for Receiving | $ | 1,578.08 |
| 4/1/2008 | Salem | Admin Computer | $ | 2,214.00 |
| 8/7/2006 | Salem | Dell Server | $ | 5,533.50 |
| 4/1/2005 | Salem | Truck Engine Rebuild | $ | 32,761.50 |
| 11/30/2005 | Salem | 000093-1999 International Tractor #28 | $ | 11,739.50 |

| Date | Location | Description | Amount |
|---|---|---|---|
| 1/2/2006 | Salem | 000090 1998 Utility Reefer Trailer | $ 9,073.50 |
| 1/15/2006 | Salem | [LKA000002] 000078-1999 International Tractor #27 | $ 7,121.56 |
| 3/16/2006 | Salem | [LKA000001] 1983 F2275 INT'L TRACTOR #22 | $ 6,846.88 |
| 4/1/2007 | Salem | Utility Trailer | $ 3,786.50 |
| 3/1/2005 | Salem | Vitaline Junior Conversion | $ 145,630.50 |
| 3/1/2005 | Salem | Metal Detectors | $ 82,941.35 |
| 3/1/2005 | Salem | LPR Low Pressure RCV | $ 64,059.78 |
| 3/1/2005 | Salem | General Rebuild (V3 WRAPPER AND STICK MACHINE 1, 2, 3) | $ 47,132.09 |
| 4/1/2005 | Salem | 00057 - Ammonia Compressor | $ 42,394.50 |
| 4/30/2005 | Salem | Tetra KF 1200SC Freezer Rebuild (from MIC 8/31/07) | $ 32,424.00 |
| 5/1/2005 | Salem | Cartoner (from MIC 8/31/07) | $ 32,116.00 |
| 5/1/2005 | Salem | Boiler | $ 30,301.00 |
| 6/1/2005 | Salem | Conversion 56 oz. filler | $ 29,273.50 |
| 6/1/2005 | Salem | Barrell Freezers | $ 29,104.50 |
| 8/1/2005 | Salem | 6000 hr Rebuild on Barrel Freezers | $ 25,085.50 |
| 8/1/2005 | Salem | Doboy 500 Bag Sealer | $ 24,255.00 |
| 8/1/2005 | Salem | 000011-New Production Room | $ 21,259.27 |
| 8/1/2005 | Salem | 2 Box Tapers | $ 15,280.00 |
| 8/31/2005 | Salem | Stick Machine Rebuild | $ 13,050.00 |
| 9/1/2005 | Salem | Tractor Engine Replacement | $ 12,537.00 |
| 9/11/2005 | Salem | 000075 - Sugar Tank | $ 11,799.00 |
| 11/30/2005 | Salem | Packaged Shrink Wrap Machine Rebuild | $ 11,725.00 |
| 12/31/2005 | Salem | Mix Silo (from MIC 8/31/07) | $ 11,574.00 |
| 12/31/2005 | Salem | Barrell Freezer Rebuild | $ 11,118.00 |
| 12/31/2005 | Salem | Vilter 12 Compressor (From MIC 8/31/07) | $ 9,331.00 |
| 12/31/2005 | Salem | 6 Wide Vitaline Evacuator | $ 9,286.00 |
| 1/2/2006 | Salem | 000096 Yoohoo Bag Sealer | $ 9,060.50 |
| 1/6/2006 | Salem | Chart Recorders for the Mix Pasterization | $ 7,991.00 |
| 2/21/2006 | Salem | Wrapper (from MIC 8/31/07) | $ 6,917.00 |
| 5/15/2006 | Salem | 000072 - Metal Detector | $ 6,819.00 |
| 5/31/2006 | Salem | 000098 Metal Detector | $ 6,661.50 |
| 6/30/2006 | Salem | 000095 Rebuild 200Hp Ammonia Compressor Eng Rm | $ 6,138.50 |
| 7/24/2006 | Salem | Compressor rebuild (from MIC 8/31/07) | $ 5,546.50 |
| 8/10/2006 | Salem | Carton Foldinel Change Kit | $ 5,367.60 |
| 8/31/2006 | Salem | 000079 Rebuild Ammonia Compressor | $ 5,341.50 |
| 9/1/2006 | Salem | 000070 - Inline Blender | $ 5,182.50 |
| 9/1/2006 | Salem | Pump | $ 5,121.00 |
| 9/1/2006 | Salem | Freezer Burrell (From MIC 8/31/07) | $ 4,985.50 |
| 9/11/2006 | Salem | 000071 - Rebuild Half Gallon Filler | $ 4,790.50 |
| 9/29/2006 | Salem | Multi-lane wrapper | $ 4,486.00 |
| 10/27/2006 | Salem | 000088 Replace Drives for Vitaline #1 | $ 4,345.50 |
| 10/31/2006 | Salem | 00041 - Hoypack 50 Cartonizer - Vitaline | $ 4,149.00 |
| 12/29/2006 | Salem | 000099 Ink Jet Coder for 5 Qt Pails | $ 4,037.00 |

| Date | Location | Description | | Amount |
|---|---|---|---|---|
| 3/31/2007 | Salem | KM 340 Freezer Barrels Upgrade Kit | $ | 3,826.57 |
| 4/1/2007 | Salem | Boardroom Cabinets | $ | 3,369.50 |
| 4/30/2007 | Salem | 000068 - Repair Cream Tank | $ | 3,296.00 |
| 6/30/2007 | Salem | DMQ 1000 Fallon Mix Tank (from MIC 8/31/07) | $ | 3,269.00 |
| 9/1/2007 | Salem | LPR Low Pressure RCV | $ | 3,090.50 |
| 11/30/2007 | Salem | 000073 - Upgrade Stick Machine | $ | 2,880.50 |
| 1/7/2008 | Salem | 00065 - Fire Suppress System | $ | 2,767.00 |
| 1/7/2008 | Salem | 00042 - KF1200XC Barrel Freezer | $ | 2,618.50 |
| 2/1/2008 | Salem | 00043 - KF1200XC Barrel Freezer | $ | 2,618.50 |
| 3/1/2008 | Salem | 000089 Replace Main Drive Wheel on Line 3 | $ | 2,616.50 |
| 3/1/2008 | Salem | 00066 - Back Freezers | $ | 2,369.00 |
| 4/1/2008 | Salem | 00044 - HTST Installation | $ | 1,868.00 |
| 4/1/2008 | Salem | 000097 Air Controller #1 Freezer Barrel | $ | 1,741.50 |
| 4/1/2008 | Salem | 00040 - 6000 Gal Cream Tank | $ | 1,701.00 |
| 4/29/2008 | Salem | 000076 - Bio-Hazard Locking System | $ | 1,682.50 |
| 7/30/2008 | Salem | Safeline metal detector (from MIC 8/31/07) | $ | 1,316.00 |
| 9/1/2008 | Salem | 00058 - Chassis | $ | 1,231.50 |
| 9/30/2008 | Salem | DMQ Videojet Control Panel (from MIC 8/31/07) | $ | 1,078.50 |
| 12/31/2008 | Salem | Air compressor (from MIC 8/31/07) | $ | 606.50 |
| 3/1/2009 | Salem | CIP panel display (from MIC 8/31/07) | $ | 557.50 |
| 3/1/2009 | Salem | 00054 - Back Freezers | $ | 368.00 |
| 3/1/2009 | Salem | 00055 - 40HP Freak Drive North Cooling Tower | $ | 319.00 |
| 3/1/2009 | Salem | 00052- Neptune Water Meter | $ | 229.50 |
| 4/1/2009 | Salem | 000083-84-85 Lateral Files (3) | $ | 228.00 |
| 4/1/2009 | Salem | 00045 - T-28 Plates Heat Exchanger | $ | 165.50 |
| 5/1/2009 | Salem | 00053 - Ammonia Sniffer | $ | 143.50 |
| 7/1/2009 | Salem | 00050 - Plate Hardner Repairs | $ | 131.00 |
| 7/1/2009 | Salem | Conveyor for Doboy Wrapper (from MIC 8/31/07) | $ | 120.00 |
| 8/1/2009 | Salem | 000086-87 Storage Cabinets (2) | $ | 99.50 |
| 8/1/2009 | Salem | HTST heat controls (from MIC 8/31/07) | $ | 67.00 |
| 9/1/2009 | Salem | 00051 - DWE UV-1 Bagging Machine | $ | 58.00 |
| 9/1/2009 | Salem | Doboy wrapper drive (from MIC 8/31/07) | $ | 53.50 |
| 10/1/2009 | Salem | CIP drive replacement (from MIC 8/31/07) | $ | 47.00 |
| 10/1/2009 | Salem | 00039 - 6-Wide Main Drive Socket | $ | 30.50 |
| 10/1/2009 | Salem | Doby Wrapper Temp control (from MIC 8/31/07) | $ | 15.00 |
| 10/1/2009 | Salem | Hot water pump for HTST (from MIC 8/31/07) | $ | 12.50 |
| 10/1/2009 | Salem | CIP PLC System (from MIC on 8/31/07) | $ | - |
| 10/1/2009 | Salem | Valves for CIP System (From MIC on 8/31/07) | $ | - |
| 11/1/2009 | Salem | 12 Cylinder Compressor Rebuild (From MIC 8/31/07) | $ | - |
| 11/1/2009 | Salem | HTST & CIP Systems (From MIC on 8/31/07) | $ | - |
| 11/1/2009 | Salem | Hoyer Freezer (From MIC on 8/31/07) | $ | - |
| 11/1/2009 | Salem | Continuous Freezer (From MIC on 8/31/07) | $ | - |
| 12/1/2009 | Salem | Rebuild Hoyer (from MIC on 8/31/07) | $ | - |

| Date | Location | Description | | Amount |
|---|---|---|---|---|
| 12/1/2009 | Salem | 000002-Machinery & Equipment | $ | - |
| 12/1/2009 | Salem | [LKT000001] TRADED 02/01/04 NBV-B 8825.88 | $ | - |
| 200859 | Salem | [LKT000002] TRADED 01/28/05 NBV-B 3618.06 | $ | - |
| 200909 | Salem | 000033-1992 Dodge Van | $ | - |
| 200955 | Salem | 000035-1994 Utility Trailer #23A | $ | - |
| 201001 | Salem | 000038-1998 International Tractor #25 | $ | - |
| 201002 | Salem | 000001-Office Furniture & Equipment | $ | - |
| 201002 | Salem | Hoyer Pump (from MIC 8/31/2007) | $ | - |
| 201003 | Salem | 000007-Security Alarm System | $ | - |
| 201003 | Salem | Doboy Wrapper (from MIC 8/31/07) | $ | - |
| 201004 | Salem | 000013-EDI Program for AS400 | $ | - |
| 201004 | Salem | 000014-Ink Jet System | $ | - |
| 201005 | Salem | 000016-Gauges | $ | - |
| 201006 | Salem | 000015-New Evaporator | $ | - |
| 201007 | Salem | 000019-Tuck Tite Machine | $ | - |
| 201009 | Salem | 000012-Computer Network | $ | - |
| 201010 | Salem | 000018-Bag Sealer | $ | - |
| 201011 | Salem | Box Taper (from MIC 8/31/07) | $ | - |
| 201012 | Salem | 000017-Cream Storage Tank | $ | - |
| 201017 | Salem | 000020-HTST Pasteurizer | $ | - |
| 201019 | Salem | 000023-Gauges | $ | - |
| 201020 | Salem | 000024-Copeland Compressor | $ | - |
| 201023 | Salem | 000026-Dell Computer | $ | - |
| 201024 | Salem | 000027-Swab Tester | $ | - |
| 201025 | Salem | 000025-A/R Program for AS400 | $ | - |
| 201026 | Salem | 00048 - Office Furniture | $ | - |
| 201027 | Salem | 00049 - Plant Computer/Printer | $ | - |
| 201028 | Salem | 00061 - MAS 90 Software | $ | - |
| 201029 | Salem | 00062 - Software | $ | - |
| 201030 | Salem | 00063 - Dell Computer | $ | - |
| 201031 | Salem | 00064 - Plant Network | $ | - |
| 201088 | Salem | 000091-92 Dell OptiPlex GX620 Desktop (2) | $ | - |
| 201003B | Salem | Dell Laptop | $ | - |
| 20100630 | | Reconciling Items | $ | (472,947) |