FILED
October 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003009489

**3 PAGES**

CHRISTIAN L. RAISNER, Bar No. 133839
EMILY P. RICH, Bar No. 168735
YURI Y. GOTTESMAN, Bar No. 264924
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Creditors
The Bakery, Confectionery, Tobacco Workers
Union Local No. 85
And Teamsters Local 324

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re<br><br>MATTERHORN GROUP, INC.,<br><br>Debtor.<br>_____<br><br>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>Debtor.<br>_____<br><br>DELUXE ICE CREAM COMPANY,<br><br>Debtor.<br>_____<br><br>☒ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUPS, INC.<br>☐ Affects only VITRAFREZE FORZEN CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | Lead Case No.    10-39672 (MSM)<br><br>(Jointly Administered with Nos. 10-39664 (MSM) and 10-39670 (MSM)<br><br>DC No. LNB-17<br><br>Chapter 11 Case<br><br>**DECLARATION OF YURI Y. GOTTESMAN IN OPPOSITION TO DEBTORS' MOTION TO MODIFY OR REJECT COLLECTIVE BARGAINING AGREEMENTS**<br><br>DATE:           October 25, 2010<br>TIME:           9:00 a.m.<br>PLACE:         Department A<br>                     Courtroom 28<br>                     7th Floor<br>                     Robert T. Matsui Courthouse<br>                     501 "I" Street<br>                     Sacramento, CA 95814<br><br>Judge:          Michael S. McManus |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

I, YURI Y. GOTTESMAN, declare that:

1. I am an associate with the law firm of Weinberg, Roger & Rosenfeld and one of the attorneys of record for Attorneys for Creditors for The Bakery, Confectionery, Tobacco Workers And Grain Millers' International Union Local No. 85 And Teamsters Local 324. I make this declaration in support of The Bakery, Confectionery, Tobacco Workers And Grain Millers' International Union Local No. 85 And Teamsters Local 324's Opposition to the Motion to Modify or Reject Collective Bargaining Agreements.

2. I am familiar with the matters set forth herein, and, if called as a witness, I could and would competently testify thereto.

3. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Mariavida Lewis attaching a Partial Transcript of the 9/2/2010 Creditors' Meeting herein, which she transcribed from a compact disc.

4. Attached hereto as Exhibit B is a true and correct copy of Christian L. Raisner's 8/31/2010 cover letter and request for information relating to the original proposal to Local 85 dated September 27, 2010 and addressed to Nathan W. Bell, CEO/President of MGI, Inc.

5. Attached hereto as Exhibit C is a true and correct copy of Christian L. Raisner's 9/27/2010 cover letter and request for information needed to evaluate the necessity of the proposals Debtors had made to Local 324; it was sent to Nathan W. Bell, CEO/President of MGI, Inc.

6. Attached hereto as Exhibit D is a true and correct copy of Debtors' October 14, 2010 e-mail responding to Local 324's information request.

7. Attached hereto as Exhibit E is a true and correct copy of Christian L. Raisner's 10/6/2010 e-mail to James Presley, on behalf of both Local 324 and Local 85, requesting detailed information about the potential purchasers of the Debtors' assets.

8. Attached hereto as Exhibit F is a true and correct copy of a 9/24/2010 letter from David A. Rosenfeld, on behalf of Local 85, to Nathan W. Bell, CEO/President of MGI, Inc.

9. Attached hereto as Exhibit G are true and correct copies of two Unfair Labor Practice Charges filed with the National Labor Relations Board by the Unions on 10/14/2010.

- 2 -

1    10.    Attached hereto as Exhibit H is a true and correct copy of Reporter's Excerpt of Proceedings, Hearing on Motion for Order Authorizing Debtor's Continued Use of Cash Collateral, before the Honorable Michael S. McManus on 10/4/2010.

11.    Attached hereto as Exhibit I is a true and correct copy of Nathan W. Bell's response, on behalf of the Debtors, to both Unions' request for information regarding potential buyers.

12.    Attached hereto as Exhibit J is a true and correct copy of the Declaration of Nathan W. Bell In Support Of Debtors' Motion for an Order, Filed Oct. 8, 200 [DOC # 269].

13.    I accessed the website of Onetcenter.org and looked under the "operator" job title. I arrived at the web address: http://online.onetcenter.org/link/summary/51-4081.00#WagesEmployment and clicked on "California" under "Wages and Employment Trends." This brought me to the webpage which provided that the California median wage for operator is $14.48/hour, as opposed to the $11.94/hour wage cited in Debtors' § 1113 MPA at 12:4. Attached hereto as Exhibit K is a true and correct copy of pages of the Onetcenter.org website, which I downloaded on 10/18/2010. The $14.48 figure is shown on the second to last page of the exhibit.

14.    Attached hereto as Exhibit L is a true and correct copy of a letter that Steven D. Brock sent to Jennifer Loving of MGI on August 17, 2010

Executed under penalty of perjury, this 18th of October 2010 at Alameda, California.

           /s/ YURI Y. GOTTESMAN
           YURI Y. GOTTESMAN

125590/593388

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001