**122 PAGES**
CHRISTIAN L. RAISNER, Bar No. 133839
EMILY P. RICH, Bar No. 168735
YURI Y. GOTTESMAN, Bar No. 264924
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Creditor
The Bakery, Confectionery, Tobacco Workers
Union Local No. 85 and Teamsters Local 324

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re<br><br>MATTERHORN GROUP, INC.,<br><br>　　　Debtor.<br>_____<br><br>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>　　　Debtor.<br>_____<br><br>DELUXE ICE CREAM COMPANY,<br><br>　　　Debtor.<br>_____<br><br>☒ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUPS, INC.<br>☐ Affects only VITRAFREZE FORZEN<br>　　　　CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | Lead Case No.　10-39672 (MSM)<br><br>(Jointly Administered with Nos. 10-39664 (MSM) and 10-39670 (MSM)<br><br>DC No. LNB-17<br><br>Chapter 11 Case<br><br>**EXHIBITS A — L TO DECLARATION OF YURI Y. GOTTESMAN IN OPPOSITION TO DEBTORS' MOTION TO MODIFY OR REJECT COLLECTIVE BARGAINING AGREEMENTS**<br><br>DATE:<br>TIME:<br>PLACE:　Department A<br>　　　　Courtroom 28, 7th Floor<br>　　　　Robert T. Matsui Courthouse<br>　　　　501 "I" Street<br>　　　　Sacramento, CA 95814<br><br>Judge:　Michael S. McManus |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

## LIST OF EXHIBITS

| EXHIBIT NO. | DOCUMENT TITLE | EXHIBIT STARTS ON PAGE |
|---|---|---|
| A | Declaration of Mariavida Lewis | 3 |
| B | Christian L. Raisner's 8/31/2010 cover letter to Nathan Bell | 23 |
| C | Christian L. Raisner's 9/27/2010 cover letter to Nathan Bell | 31 |
| D | Debtors' October 14, 2010 email | 38 |
| E | Christian L. Raisner's 10/6/2010 email to James Presley | 47 |
| F | David A. Rosenfeld's 9/24/10 letter to Nathan Bell | 49 |
| G | Two Unfair Labor Practice Charges filed with the National Labor Relations Board by the Unions on 10/14/10 | 53 |
| H | Reporter's Excerpt of Proceedings, Hearing on Motion for Order Authorizing Debtor's Continued Use of Cash Collateral, before the Honorable Michael S. McManus on 10/4/2010 | 61 |
| I | Nathan Bell's Response of behalf of Debtors, to both Unions' request for information regarding potential buyers | 92 |
| J | Declaration of Nathan Bell in Support of Debtors' Motion for an Order, filed Oct. 8, 2010 (Doc #269) | 95 |
| K | "Operator" job title at O*Net OnLine | 108 |
| L | Steven Brock's letter dated August 17, 2010 to Jennifer Loving of MGI | 118 |

Dated: October 18, 2010

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Christian L. Raisner
    CHRISTIAN L. RAISNER
    Attorneys for Creditor
    Northern California Bakery & Confectionery
    Health and Welfare Trust Fund

125590/593435

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001