FILED
October 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003015296

3 PAGES

CHRISTIAN L. RAISNER, Bar No. 133839
YURI Y. GOTTESMAN, Bar No. 264924
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Creditor
The Bakery, Confectionery, Tobacco Workers
Union Local No. 85 and Teamsters Local 324

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re<br><br>MATTERHORN GROUP, INC.,<br><br>    Debtor.<br><hr>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>    Debtor.<br><hr>DELUXE ICE CREAM COMPANY,<br><br>    Debtor.<br><hr>☒ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUPS, INC.<br>☐ Affects only VITAFREZE FROZEN CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | Lead Case No. 10-39672 (MSM)<br><br>(Jointly Administered with Nos. 10-39664 (MSM) and 10-39670 (MSM))<br><br>DC No. LNB-17<br><br>Chapter 11 Case<br><br>**DECLARATION OF EMILY P. RICH IN SUPPORT OF UNIONS' JOINT TO WITHDRAW THE REFERENCE OF DEBTORS' MOTION TO MODIFY OR REJECT COLLECTIVE BARGAINING AGREEMENTS WITH THE BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS' INTERNATIONAL UNION LOCAL NO. 85 AND GENERAL TEAMSTERS LOCAL 324 28 U.S.C. § 157(d)**<br><br>DATE:<br>TIME:<br>PLACE:  U. S. District Court<br>             501 "I" Street<br>             Sacramento, CA 95814<br><br>Judge: |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

CHRISTIAN L. RAISNER, Bar No. 133839
EMILY P. RICH, Bar No. 168735
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: 510.337.1001
Facsimile: 510.337.1023
E-mail:  craisner@unioncounsel.net
         erich@unioncounsel.net
         courtnotices@unioncounsel.net

Attorneys for Movants
The Bakery, Confectionery, Tobacco Workers
Union Local No. 85 and Teamsters Local 324

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISON)

| | |
|---|---|
| In re<br><br>MATTERHORN GROUP, INC.,<br><br>    Debtor.<br>_____<br><br>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>    Debtor.<br>_____<br><br>DELUXE ICE CREAM COMPANY,<br><br>    Debtor.<br>_____<br>☒ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUPS, INC.<br>☐ Affects only VITRAFREZE FORZEN<br>         CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | Case No.<br><br>Bankruptcy Lead Case No. 10-39672 (MSM)<br>(Jointly Administered with<br>Nos. 10-39664 (MSM) and 10-39670 (MSM)<br><br>Chapter 11 Case<br><br>**DECLARATION OF EMILY P. RICH IN SUPPORT OF UNIONS' JOINT MOTION TO WITHDRAW THE REFERENCE OF DEBTORS' MOTION TO MODIFY OR REJECT COLLECTIVE BARGAINING AGREEMENTS WITH THE BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS' INTERNATIONAL UNION LOCAL NO. 85 AND GENERAL TEAMSTERS LOCAL 324 28 U.S.C. § 157(d)**<br><br>DATE:  TBA<br>TIME:  TBA<br>DEPT:  TBA<br>PLACE: 501 "I" Street<br>       Sacramento, CA  95814<br><br>Judge: |

I, EMILY P. RICH, declare that:

1. I am a shareholder with the law firm of Weinberg, Roger & Rosenfeld and one of the attorneys of record for Attorneys for Creditors for The Bakery, Confectionery, Tobacco Workers And Grain Millers' International Union Local No. 85 And Teamsters Local 324. I make this declaration in support of the Unions' Joint Motion To Withdraw The Reference Of Debtors' Motion To Modify Or Reject Collective Bargaining Agreements With The Bakery, Confectionery, Tobacco Workers And Grain Millers' International Union Local No. 85 And General Teamsters Local 324.

2. I am familiar with the matters set forth herein, and, if called as a witness, I could and would competently testify thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of Memorandum Of Points And Authorities In Support Debtors' Motion To Modify Or Reject Collective Bargaining Agreements with the Bakery, Confectionery, Tobacco Workers And Grain Millers' International Union, AFL-CIO Local No. 85 And General Teamsters Local 324 filed in the bankruptcy court (Lead Case No. 10-39672 (MSM)) on October 11, 2010.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Exhibits to Debtors' Motion To Modify Or Reject Collective Bargaining Agreements with the Bakery, Confectionery, Tobacco Workers And Grain Millers' International Union, AFL-CIO Local No. 85 And General Teamsters Local 324 filed in the bankruptcy court (Lead Case No. 10-39672 (MSM)) on October 11, 2010.

5. Attached hereto as Exhibit 3 is a true and correct copy of Memorandum Of Points And Authorities In Support Of The Bakery, Confectionery, Tobacco Workers And Grain Millers' International Union Local No. 85 And Teamsters Local 324's Joint Opposition To Debtors' Motion To Modify Or Reject Collective Bargaining Agreements filed in the bankruptcy court (Lead Case No. 10-39672 (MSM)) on October 18, 2010.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration Of Yuri Y. Gottesman In Opposition To Debtors' Motion To Modify Or Reject Collective Bargaining Agreements and Exhibits A-L thereto, filed in the bankruptcy court (Lead Case No. 10-39672

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1 | (MSM)) on October 18, 2010.

2 | Executed under penalty of perjury, this 19th of October 2010 at Alameda, California.

4 | /s/ EMILY P. RICH
EMILY P. RICH

7 | 125590/593529

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001