UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | |
|---|---|---|
| **Case Title :** | Matterhorn Group, Inc. | **Case No :** 10-39672 - A - 11 |
| | | **Date :** 2/28/11 |
| | | **Time :** 10:00 |
| **Matter :** | [297] - Motion/Application to Use Cash Collateral [LNB-12] Filed by Debtor In Possession Matterhorn Group, Inc. (stps) | UNOPPOSED |
| **Judge :** | Michael S. McManus | |
| **Courtroom Deputy :** | Sarah Head | |
| **Reporter :** | Diamond Reporters | |
| **Department :** | A | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Debtor(s) Attorney - Ron Bender
**Respondent(s) :**
   Creditor's Attorney - Richard Adler (by phone), Spencer Christensen

HEARING CONTINUED TO: 4/25/11 at 10:00 AM

Interim use of cash collateral granted.