FILED
March 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003369789

2

RON BENDER (SBN 143364)
TODD M. ARNOLD (SBN 221868)
J.P. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; tma@lnbyb.com; jpf@lnbyb.com

Attorneys for Chapter 11 Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>MATTERHORN GROUP, INC.,<br><br>      Debtor.<br>_____<br><br>VITAFREZE FROZEN CONFECTIONS, INC.,<br><br>      Debtor.<br>_____<br><br>DELUXE ICE CREAM COMPANY,<br><br>      Debtor.<br>_____<br><br>☒ Affects ALL DEBTORS<br>☐ Affects only MATTERHORN GROUP, INC.<br>☐ Affects only VITAFREZE FROZEN<br>         CONFECTIONS, INC.<br>☐ Affects only DELUXE ICE CREAM COMPANY | Lead Case No. 10-39672 (MSM)<br>Jointly Administered with Case Nos.<br>10-39664 (MSM), and 10-39670 (MSM).<br><br>Chapter 11 Cases<br><br>D.C. No.: SSA-1<br><br><br>**STATEMENT OF POSITION AND RESERVATION OF RIGHTS RE ADMINISTRATIVE CLAIM(S) OF NORTHERN REFRIGERATED TRANSPORTATION, INC.**<br><br>**[No Hearing Requested by Claimant]** |

      Matterhorn Group, Inc., Vitafreze Frozen Confections, Inc., and Deluxe Ice Cream Company, the debtors and debtors in possession in the above-captioned, jointly administered Chapter 11 bankruptcy cases (collectively, the "Debtors"), hereby file this statement of position

and reservation of rights regarding the administrative claim or claims (the "Administrative Claim") filed by Northern Refrigerated Transportation, Inc. (the "Claimant").

## STATEMENT OF POSITION AND RESERVATION OF RIGHTS

1. On July 26, 2010, the Debtors each filed a voluntary petition under chapter 11 of 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

2. Claimant filed its Administrative Claim asserting a claim arising under Section 503(b) of the Bankruptcy Code.

3. To the extent requested by the Claimant, the Debtors object to the immediate payment of the Claimant's Administrative Claim, because (a) the Bankruptcy Code does not require the immediate payment of administrative claims, (b) there are numerous other administrative claims that will have to be analyzed, addressed, and treated under any liquidating plan or plans, and (c) the Debtors have not yet ascertained if all administrative claims will be paid in full.

4. The Debtors specifically reserve all of their rights, claims, and defenses related to the Claimant and the Administrative Claim, including, but not limited to, (a) the right to object to the Administrative Claim, (b) recoupment and setoff claims and defenses thereto, and (c) all claims arising under Chapter 5 of the Bankruptcy Code, including any claims to avoid and recover for preferential and/or fraudulent transfers.

Date: March 23, 2011            LEVENE, NEAL, BENDER, YOO & BRILL L.L.P.

   */s/ Todd M. Arnold*
   RON BENDER
   TODD M. ARNOLD
   J.P. FRITZ
   Attorneys for Chapter 11 Debtors and
   Debtors in Possession