UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Matterhorn Group, Inc. | **Case No :** | 10-39672 - A - 11 |
| | | **Date :** | 4/25/11 |
| | | **Time :** | 10:00 |

**Matter :** [297] - Motion/Application to Use Cash Collateral [LNB-12] Filed by Debtor In Possession Matterhorn Group, Inc. (stps)

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
(by phone) Debtor(s) Attorney - Todd Arnold
**Respondent(s) :**
Creditor's Attorney - Jamie Dreher, Yuri Gottesman, Richard Adler (by phone)

HEARING CONTINUED TO: 7/18/11 at 10:00 AM

Use of cash collateral granted through 7/25/11.